UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 08-20189-CR-UNGARO/O'Sullivan

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA MANCAS,

    Defendant.
_____/

## ORDER

THIS MATTER having come before the Court on Defendant's Ex Parte Motion For Appointment of Expert, and the Court being fully apprised in the premises, it is hereby ORDERED AND ADJUDGED THAT:

1) That Motion is granted.

2) That Dr. Heather Holmes is appointed to assist defense counsel in this matter.

3) Dr. Holmes is to be paid fees consistent with the Criminal Justice Act.

DONE AND ORDERED in chambers at Miami-Dade County, Florida, this 19 day of March, 2008.

                                                             _____
                                                             CIRCUIT COURT JUDGE
                                                             DISTRICT