AWL:or

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20189-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

v.

JOSHUA MANCAS,

          Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States, at sentencing, for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to JOSHUA MANCAS, ("defendant").

1. In the Indictment in the above-styled case the government sought forfeiture of the defendant's interest in any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § § 922(g)(1) and 922(k), seized from the possession and or control of the defendant or in which defendant otherwise has an interest, pursuant to 18 U.S.C. § 924(d)(1), as incorporated by 28 U.S.C. § 2461(c) including :

    (a)    one FN Herstal Model five-seven, caliber 5.7x28mm semi-automatic pistol;
    (b)    one Taurus PT 99 AF, 9mm semi automatic pistol;
    (c)    seven rounds of Remington 9mm ammunition;
    (d)    eight rounds of CCI brand 9mm ammunition; and
    (e)    sixteen rounds of FNB brand caliber 5.7x28mm ammunition.

2. Based on the guilty plea of April 30, 2008, the Court finds the government has

established the requisite nexus between the property sought for forfeiture and the offense for which defendant was convicted.

Therefore, upon motion of the United States and for good cause shown thereby, it is hereby,

ORDERED that:

1. All right, title and interest of defendant JOSHUA MANCAS in the following property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1):

    (a) one FN Herstal Model five-seven caliber 5.7x28mm;
    (b) one Taurus PT 99 AF, 9mm semi automatic pistol;
    (c) seven rounds of Remington 9mm ammunition;
    (d) eight rounds of CCI brand 9mm ammunition and
    (e) sixteen rounds of FNB brand caliber 5.7x28 ammunition.

2. The Bureau of Alcohol, Tobacco, firearms and Explosives, or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g).

3. The United State shall cause to be published, in accordance with due process considerations, notice of this Order as required by Title 21, United States code, Section 853 (n)(6). The United States shall state in the notice that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court withing thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title or interest in the property, and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice. It is further:

ORDERED that upon adjudication of all third-party interest, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) in which all interest will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED at Miami, Florida this __18__ day of __July__, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: AUSA Alison W. Lehr (2 Certified copies, please)